Daphne Y. MORGAN, Appellant,

v.

**STATE of Missouri, Respondent.**

No. 57934.

Missouri Court of Appeals,
Eastern District,
Division 3.

Feb. 13, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 13, 1991.

Application to Transfer Denied
May 3, 1991.

Phil Horwitz, Asst. Public Defender, St. Louis, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

## ORDER

PER CURIAM.

Movant appeals the denial of her Rule 24.035 motion for post-conviction relief.

We have reviewed the allegations in her motion, the transcript of her plea of guilty, and the findings and conclusions of the motion court. Those findings of fact and conclusions of law are fully supported by the record and are not clearly erroneous.

**464**

No precedential value would be served by an opinion.

The judgment of the motion court is affirmed in accordance with Rule 84.16(b).